**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Ryan C. Binkley  
     Vanessa R. Binkley fka Vanessa R. Dawley  
                  Debtor(s)

BK NO. 19-04823 RNO

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                               Respectfully submitted,

                                      /s/ *Rebecca Solarz*  
                                      Rebecca Solarz  
                                      03 Nov 2020, 16:53:01, EST

                                      KML Law Group, P.C.  
                                      BNY Mellon Independence Center  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA  19106  
                                      215-627-1322