UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
RYAN C BINKLEY
VANESSA R BINKLEY
      DEBTOR

CASE NO. 5:19-bk-04823-MJC
CHAPTER 13

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                         FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:       10500 Kincaid Drive, Suite 300
                                       Fishers, IN 46037-9764

NEW NOTICE ADDRESS:      11988 Exit 5 Parkway, Building 4
                                       Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
                                       Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
                                       Fishers, IN 46037-7939

Dated: September 18, 2024

                                               */s/Lorri Beltz*
                                               Lorri Beltz, Vice President, Default
                                               Freedom Mortgage Corporation
                                               11988 Exit 5 Parkway, Building 4
                                               Fishers, IN 46037-7939
                                               Telephone: (855) 690-5900

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>RYAN C BINKLEY<br>VANESSA R BINKLEY<br>　　　　DEBTOR | CASE NO. 5:19-bk-04823-MJC<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

DAVID J. HARRIS
69 PUBLIC SQUARE, SUITE 700
WILKES-BARRE PA 18701-0000
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

RYAN C BINKLEY
VANESSA R BINKLEY
21 Clinton St
Swoyersville PA 18704-3016
*Debtor*

<u>This 18th Day of September, 2024</u>

　　　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　　Fishers, IN 46037-7939
　　　　　　　　　　　　　　　　Telephone: (855) 690-5900