In re:  Case No. 19-04823-MJC
Ryan C. Binkley  Chapter 13
Vanessa R. Binkley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 22, 2024     Form ID: 3180W     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ryan C. Binkley, Vanessa R. Binkley, 21 Clinton St, Swoyersville, PA 18704-3016 |
| 5268829 | | Ally Credit Card Servicing, PO Box 16027, Lewiston, ME 04243-9513 |
| 5268832 | | Bank Of America Spirit, PO Box 982238, El Paso, TX 79998-2238 |
| 5268826 | | Binkley Ryan C, 21 Clinton St, Swoyersville, PA 18704-3016 |
| 5268833 | | Blue Nile/Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 5268843 | + | Geisinger Health System, 100 North Academy Avenue, Danville, PA 17822-0001 |
| 5290658 | + | Jerome Blank, Freedom Mortgage Corp., Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5268828 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5268851 | | Upstart Loan Network, PO Box 1503, San Carlos, CA 94070-7503 |
| 5268850 | | Upstart Loan Network, Upstart Operations Dept., PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 22 2024 23:39:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Nov 22 2024 23:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5285470 | | EDI: GMACFS.COM | Nov 22 2024 23:39:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5425153 | + | EDI: AISACG.COM | Nov 22 2024 23:39:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5268830 | + | EDI: GMACFS.COM | Nov 22 2024 23:39:00 | Ally Financial, P. O. Box 9001951, Louisville, KY 40290-1951 |
| 5268831 | ^ | MEBN | Nov 22 2024 18:36:47 | American Education Services, PO Box 65093, Baltimore, MD 21264-5093 |
| 5287983 | + | EDI: BANKAMER2 | Nov 22 2024 23:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5268834 | | EDI: CAPITALONE.COM | Nov 22 2024 23:39:00 | Capital One Bank, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5282730 | | EDI: CAPITALONE.COM | Nov 22 2024 23:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5285121 | | Email/PDF: bncnotices@becket-lee.com | Nov 22 2024 18:56:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5268836 | | EDI: JPMORGANCHASE | Nov 22 2024 23:39:00 | Chase JMPCB Card Services, PO Box 15298, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850-5298 |
| 5268838 | + | EDI: CITICORP | Nov 22 2024 23:39:00 | Citi Cards, P. O. Box 6500 Processing Center, Sioux Falls, SD 57117-6500 |
| 5268839 | | EDI: CITICORP | Nov 22 2024 23:39:00 | CitiBank Customer Service, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5291049 | | EDI: CITICORP | Nov 22 2024 23:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5268840 | | EDI: DISCOVER | Nov 22 2024 23:39:00 | Discover, P. O. Box 30943, Salt Lake City, UT 84130 |
| 5271080 | | EDI: DISCOVER | Nov 22 2024 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5268841 | | EDI: DISCOVER | Nov 22 2024 23:39:00 | Discover Card, PO Box 30423, Salt Lake City, UT 84130-0423 |
| 5268842 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2024 18:42:00 | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 5290659 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 22 2024 18:42:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5268844 | | EDI: CITICORP | Nov 22 2024 23:39:00 | Good Year, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 5290488 | | EDI: JEFFERSONCAP.COM | Nov 22 2024 23:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5268835 | | EDI: JPMORGANCHASE | Nov 22 2024 23:39:00 | Chase Card Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 5268837 | | EDI: JPMORGANCHASE | Nov 22 2024 23:39:00 | Chase JPMCB Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5277972 | + | Email/Text: RASEBN@raslg.com | Nov 22 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5268845 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 22 2024 18:41:00 | Kohl's Payment Center, P. O. Box 2983, Milwaukee, WI 53201-2983 |
| 5290962 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 18:43:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5268846 | | EDI: SYNC | Nov 22 2024 23:39:00 | Lowe's, P. O. Box 530914, Atlanta, GA 30353-0914 |
| 5268847 | | Email/PDF: bankruptcy_prod@navient.com | Nov 22 2024 18:57:07 | Navient, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 5285186 | | Email/PDF: bankruptcy_prod@navient.com | Nov 22 2024 18:43:55 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5268848 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 22 2024 18:42:00 | NelNet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 5268849 | | EDI: SYNC | Nov 22 2024 23:39:00 | PayPal Credit Services, PO Box 960006, Orlando, FL 32896-0006 |
| 5269643 | ^ | MEBN | Nov 22 2024 18:36:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5290881 | + | EDI: AIS.COM | Nov 22 2024 23:39:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5290395 | | EDI: AIS.COM | Nov 22 2024 23:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5268827 | | Binkley Vanessa R |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | on behalf of Debtor 2 Vanessa R. Binkley dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| David J. Harris | on behalf of Debtor 1 Ryan C. Binkley dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ryan C. Binkley<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−2432<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Vanessa R. Binkley<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx−xx−3108<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19−bk−04823−MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ryan C. Binkley

Vanessa R. Binkley
fka Vanessa R. Dawley

11/22/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**