**Fill in this information to identify the case:**

Debtor 1     RYAN C. BINKLEY

Debtor 2     VANESSA R. BINKLEY FKA VANESSA R. DAWLEY
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:19-bk-04823-MJC

Form 4100R

# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation     **Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 7909

**Property address:** 21 CLINTON ST
Number Street
Swoyersville, PA 18704
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on: 12/01/2024
                                                            MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a.   Total postpetition ongoing payments due:     (a) $ _____

    b.   Total fees, charges, expenses, escrow, and costs outstanding:     +(b) $ _____

    c.   **Total**. Add lines a and b.     (c) $ _____

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     _____
                                                                          MM/DD/YYYY

Debtor 1 __RYAN C. BINKLEY__          Case number *(if known)* 5:19-bk-04823-MJC
   First  Middle  Last

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Ryan Starks__          Date __12/06/2024__
 Signature

Print __Ryan Starks__         Title __Attorney__
   First Name Middle Name Last Name

Company __Brock & Scott, PLLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __3825 Forrestgate Dr.__
   Number  Street

   __Winston-Salem, NC 27103__
   City  State ZIP Code

Contact phone 844-856-6646 Email PABKR@brockandscott.com

» 
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RYAN C. BINKLEY AND VANESSA R. BINKLEY FKA VANESSA R. DAWLEY<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>RYAN C. BINKLEY AND VANESSA R. BINKLEY FKA VANESSA R. DAWLEY,<br>    Debtors | Case No. 5:19-bk-04823-MJC<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

David J. Harris, Debtor's Attorney
69 Public Square, Suite 700
Wilkes Barre, PA 18701
dh@lawofficeofdavidharris.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

Ryan C. Binkley
21 Clinton St
Swoyersville, PA 18704-3016

Vanessa R. Binkley
21 Clinton St
Swoyersville, PA 18704-3016

Date: December 6, 2024

                              */s/Ryan Starks*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com